# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TERESA ANNE SCOTT,** | : | **CIVIL ACTION NO. 1:02-CV-1586** |
| **Plaintiff** | : | **(Judge Conner)** |
| v. | : | |
| **PAMELA WELLINGTON LACKEY, et al.,** | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 5th day of May, 2005, upon consideration of the motion (Doc. 196) by Attorney James D. Flower, Jr., to withdraw as counsel for defendant, Pamela Wellington Lackey, it is hereby ORDERED that:

1. Defendant, Pamela Wellington Lackey, shall file on or before May 16, 2005, a response showing cause why the motion to withdraw (Doc. 196) should not be granted. If no response is filed, the court will grant the motion as unopposed.

2. Attorney James D. Flower, Jr., shall cause to be served upon Pamela Wellington Lackey a copy of the motion to withdraw (Doc. 196) and this order and file proof thereof with the court on or before May 9, 2005.

                                          S/ Christopher C. Conner
                                          CHRISTOPHER C. CONNER
                                          United States District Judge