# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TERESA ANNE SCOTT,** | : | **CIVIL ACTION NO. 1:02-CV-1586** |
| | : | |
| **Plaintiff** | : | **(Judge Conner)** |
| | : | |
| v. | : | |
| | : | |
| **PAMELA WELLINGTON LACKEY, et al.,** | : | |
| | : | |
| **Defendants** | : | |

## **ORDER**

AND NOW, this 2nd day of August, 2005, upon consideration of the correspondence from counsel for defendant Pamela Wellington Lackey ("Lackey") dated July 27, 2005, asserting that Lackey has filed a petition for bankruptcy in the United States Bankruptcy Court for the Middle District of Pennsylvania, it is hereby ORDERED that:

1. Proceedings in this case are STAYED with respect to defendant Pamela Wellington Lackey.

2. Counsel for defendant Pamela Wellington Lackey shall file periodic reports regarding the status of the bankruptcy proceeding. The first such report shall be due on or before September 1, 2005, and subsequent reports shall be due on or before the first day of every third month thereafter.

3. The Clerk of Court is directed to docket the attached correspondence as a suggestion of bankruptcy.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge