IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TERESA ANNE SCOTT**, | : | CIVIL ACTION NO. 1:02-CV-1586 |
| Plaintiff | : | (Judge Conner) |
| v. | : | |
| **PAMELA WELLINGTON LACKEY** and **EVAN LESLIE ADAMS**, | : | |
| Defendants | : | |

## ORDER

AND NOW, this 10th day of April, 2006, upon consideration of the motion (Doc. 240), filed by defendant Evan Leslie Adams ("Adams"), for a conference regarding a discovery dispute with plaintiff, and it appearing that proceedings are currently stayed with respect to defendant Pamela Wellington Lackey ("Lackey") pending disposition of her petition for bankruptcy (see Doc. 219), and the court finding that Adams' and Lackeys' interests in this case are not mutually exclusive, and that staying these proceedings as against defendant Adams would be in the interests of justice, it is hereby ORDERED that:

1. The motion (Doc. 240) for a status conference is DENIED.

2. All proceedings in the above-captioned action are STAYED pending disposition of defendant Pamela Wellington Lackey's petition for bankruptcy.

3. Counsel for defendant Pamela Wellington Lackey shall continue to file periodic reports regarding the status of her bankruptcy proceeding, in compliance with the order of court dated August 2, 2005. (See Doc. 219.)

4.   The Clerk of Court is directed to CLOSE this case for statistical purposes only.

       /s/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge