IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TERESA ANNE SCOTT**, | : | CIVIL ACTION NO. 1:02-CV-1586 |
| Plaintiff | : | (Judge Conner) |
| v. | : | |
| **PAMELA WELLINGTON LACKEY** and **EVAN LESLIE ADAMS**, | : | |
| Defendants | : | |

## ORDER

AND NOW, this 3rd day of January, 2008, upon consideration of the order of court dated December 12, 2007 (Doc. 266) referring the above-captioned case to mediation, and plaintiff's objection thereto (Doc. 267), averring that she cannot participate fully in mediation until discovery with defendant Evan Leslie Adams has been completed, it is hereby ORDERED that:

1. Plaintiff's objection (Doc. 267) is DENIED.

2. All parties shall be required to participate in mediation as directed by the order of court dated December 12, 2007 (Doc. 266).

3. In advance of mediation, counsel for defendant Evan Leslie Adams and plaintiff shall discuss and attempt, in good faith, to resolve plaintiff's discovery needs, including but not limited to any requests for electronic discovery propounded by plaintiff.

4. Plaintiff shall <u>not</u> be permitted to depose defendant Evan Leslie Adams prior to mediation.

  S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge