IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TERESA ANNE SCOTT**, | : | CIVIL ACTION NO. 1:02-CV-1586 |
| Plaintiff | : | |
| | : | (Judge Conner) |
| v. | : | |
| | : | |
| **PAMELA WELLINGTON LACKEY** and **EVAN LESLIE ADAMS**, | : | |
| | : | |
| Defendants | : | |

**ORDER**

THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

Presently before the court is plaintiff Teresa Anne Scott's *ex parte* communication requesting an *ex parte* meeting with the court to challenge the court's finding that plaintiff is receiving the assistance of counsel and, therefore, not entitled to the usual deference given to *pro se* litigants (see Doc. 265 at 12). The court will deny plaintiff's request and direct plaintiff to refrain from any future *ex parte* communications with the court or court staff. If plaintiff wishes to challenge an order of court, she must *timely* file a motion for reconsideration and brief in support thereof in accordance with the Federal Rules of Civil Procedure and the Local Rules of this court.

AND NOW, this 11th day of January, 2008, upon consideration of plaintiff's request for an *ex parte* meeting with the court, it is hereby ORDERED that plaintiff's request is DENIED.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge