# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TERESA ANNE SCOTT**, | : CIVIL ACTION NO. 1:02-CV-1586 |
| **Plaintiff** | : (Judge Conner) |
| v. | : |
| **PAMELA WELLINGTON LACKEY** and **EVAN LESLIE ADAMS**, | : |
| **Defendants** | : |

## ORDER

AND NOW, this 4th day of March, 2008, upon consideration of the motion for contempt against defendant Evan Leslie Adams (Doc. 279), in which plaintiff contends that the court should require defendant Adams to show cause why he should not be held in contempt for his late arrival to mediation on February 5, 2008, it is hereby ORDERED that the motion (Doc. 279) is DENIED.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge