# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TERESA ANNE SCOTT**, | : | CIVIL NO. 1:02-CV-01586 |
| **Plaintiff** | : | (Judge Conner) |
| v. | : | |
| **PAMELA WELLINGTON** | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 7th day of June, 2012, upon consideration of plaintiff Teresa Anne Scott's Emergency Motion to Continue Trial Date (Doc. 388), Motion for Sanctions Against Defendant Wellington (Doc. 390), and Letter Requesting Expedited Briefing (Doc. 401), and it appearing that, to the extent the January 29, 2001 email (Doc. 390, Ex. 2) produced by defendant Pamela Wellington at the May 30, 2012 pretrial conference (Transcript, Doc. 385) was not disclosed to Scott in the course of discovery, such failure to disclose was unintentional, and it appearing that the content of the January 29, 2001 email is consistent with Adams' prior testimony, cf. (Doc. 390., Ex. 2) ("I cannot and do not want contact with 'Talking Dreams' . . . . [T]o me, she represents a distant danger.") with (Wellington Trial Ex. 4, Telephone Deposition of Evan Adams at 144) ("Q: So at some point did you begin expressing your concerns about Talking Dreams to Pamela Wellington? A: Yes. . . . A: I told her I had received a disturbing, sexually graphic e-mail from Talking Dreams."), and it further appearing that Scott will be entitled to cross-

examine Wellington on her alleged failure to disclose at the time of trial, and the court finding that Scott's trial preparation is not prejudiced given that trial is not scheduled to commence until July 9, 2012, it is hereby ORDERED that:

1. Scott's Motion to Continue Trial Date (Doc. 388) is DENIED.

2. Scott's Motion for Sanctions Against Defendant Wellington (Doc. 390) is DENIED.

3. Scott's Letter Requesting Expedited Briefing (Doc. 401) is DENIED as moot.

        S/ Christopher C. Conner
        CHRISTOPHER C. CONNER
        United States District Judge