IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TERESA ANNE SCOTT**, | : | CIVIL NO. 1:02-CV-01586 |
| | : | |
| **Plaintiff** | : | (Judge Conner) |
| | : | |
| **v.** | : | |
| | : | |
| **PAMELA WELLINGTON** | : | |
| | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 3rd day of July, 2012, upon consideration of defendant Pamela Wellington's motion requesting a protective order preventing plaintiff Teresa Scott ("Scott") from deposing witnesses that are unavailable for trial and requesting an order requiring Scott to provide a final exhibit list (Doc. 424), filed June 25, 2012, and Wellington's objections to Scott's trial exhibits (Doc. 411), filed June 18, 2012, and Scott's motion to determine the sufficiency of Wellington's answers to plaintiff's requests for admissions (Doc. 419), filed June 22, 2012, and all other motions, objections, and correspondence pending before the court, it is hereby ORDERED that:

1. Wellington's motion requesting a protective order and requesting that Scott be required to provide a final exhibit list (Doc. 423) is DENIED.

2. Wellington's objections to Scott's trial exhibits (Doc. 411) is OVERRULED.

3. Scott's motion to determine the sufficiency of Wellington's answers to plaintiff's requests for admissions (Doc. 419) is DENIED.

4.   All other pending motions, objections, and correspondence pending before the court will be resolved at trial.


                                                  S/ Christopher C. Conner
                                                CHRISTOPHER C. CONNER
                                                United States District Judge