# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TERESA ANNE SCOTT**,    Plaintiff | :    CIVIL NO. 1:02-CV-01586 |
| | : |
| | :    **(Judge Conner)** |
| v. | : |
| | : |
| **PAMELA WELLINGTON**, and **EVAN ADAMS**,    Defendants | : |

## **ORDER**

AND NOW, this 8th day of March, 2013, upon consideration of the motion for reconsideration (Doc. 475), filed by plaintiff Teresa Anne Scott ("Scott"), wherein Scott seeks reconsideration of the court's order (Doc. 461), dated August 15, 2012, denying Scott's motion to alter or amend judgment entered in favor of Evan Adams (Doc. 456) and a motion for a new trial or entry or judgment pursuant to Federal Rule of Civil Procedure 50(b) (Doc. 458), and it appearing that Scott has filed an appeal of the court's orders that is currently before the Third Circuit Court of Appeals, see Scott v. Lackey, No. 12-3321, and the court recognizing that the filing of a notice of appeal "confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal," Griggs v. Provident Consumer Discount Co., 459 U.S. 56, 58 (1982), and the court

therefore concluding that it does not have jurisdiction over the pending motion, it is hereby ORDERED that the motion for reconsideration is DISMISSED for want of jurisdiction.

                 S/ Christopher C. Conner
                 CHRISTOPHER C. CONNER
                 United States District Judge